UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DENNIS RAY DAVIS, JR.** | **CIVIL ACTION NO. 22-1567** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **CADDO DEPARTMENT OF PUBLIC WORKS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Dennis Ray Davis, Jr.'s, claim that jailors failed to release him on bail is **DISMISSED WITH PREJUDICE** as duplicative, malicious, and frivolous.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as untimely, as frivolous, and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** in SHREVEPORT, LOUISIANA, this 20th day of December, 2022.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE